IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

MAY 1997 SESSION

FILED

September 26, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

ROBERT DALE CHRISTOPHER,)
                         )
        Appellant,        )      No. 03C01-9608-CC-00306
                         )
                         )      Cocke County
v.                       )
                         )       Honorable Rex Henry Ogle, Judge
                         )
STATE OF TENNESSEE,      )       (Post-Conviction)
                         )
        Appellee.        )


For the Appellant:                For the Appellee:

Joseph S. Ozment                  Charles W. Burson
217 Exchange Avenue               Attorney General of Tennessee
Memphis, TN 38105                        and
                                  Georgia Blythe Felner
                                  Assistant Attorney General of Tennessee
                                  450 James Robertson Parkway
                                  Nashville, TN 37243-0493

                                  Alfred C. Schmutzer, Sr.
                                  District Attorney General
                                  301 Sevier County Courthouse
                                  Sevierville, TN 37862
                                         and
                                  Richard R. Vance
                                  Assistant District Attorney General
                                  339A Main Street
                                  Newport, TN 37821




OPINION FILED:_____


AFFIRMED

Joseph M. Tipton
Judge

# O P I N I O N

The petitioner, Robert Dale Christopher, appeals as of right from the dismissal of his petition for post-conviction relief by the Circuit Court for Cocke County as being untimely filed. He contends that his petition was timely under the 1995 Post-Conviction Procedure Act as interpreted in <u>Arnold Carter v. State</u>, No. 03C01-9509-CC-00270, Monroe County (Tenn. Crim. App. July 11, 1996). The trial court is affirmed.

The petitioner collaterally attacks his 1985 convictions for third degree burglary and attempt to commit a felony. He filed his petition on May 7, 1996. Under this court's opinion in <u>Carter</u>, the petition would have been deemed timely because it was filed within one year of the effective date of the 1995 Act. However, the Tennessee Supreme Court reversed this court and concluded that the 1995 Act did not reinstate a filing period for post-conviction cases relative to convictions for which the former three-year post-conviction statute of limitations had run. <u>Arnold Carter v. State</u>, No. 03-S-01-9612-CR-00117, Monroe County (Tenn. Sept. 8, 1997) (for publication). The judgment of the trial court is affirmed.

_____
Joseph M. Tipton, Judge

CONCUR:


_____
Joe B. Jones, Presiding Judge


_____
Curwood Witt, Judge

2